# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

KYPHON INC.

E-filing

SUMMONS IN A CIVIL CASE

CASE NUMBER:

V.

COZMED, LLC and PETER K. PARK, an individual

C 07 3403

EMC

TO: (Name and address of defendant)
COZMED, LLC and PETER K. PARK, an individual
41909 Albrae Street
Fremont, CA 94538

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael A. Jacobs (CA SBN 111664)
Grant L. Kim (CA SBN 114989)
Richard S.J. Hung (CA SBN 197425)

MORRISON & FOERSTER LLP

425 Market Street

San Francisco, CA 94105

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE JUN 2 8 2007

(BY) DEPUTY CLERK

MARY ANN PUCKLEY

American LegalNet, Inc.
www.USCourtForms.com

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER | |
| | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                                    Signature of Server

                                                 _____
                                                     Address of Server

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

American LegalNet, Inc.
www.USCourtForms.com