COPY

1  MICHAEL A. JACOBS (CA SBN 111664)
   mjacobs@mofo.com
2  GRANT L. KIM (CA SBN 114989)
   gkim@mofo.com
3  RICHARD S.J. HUNG (CA SBN 197425)
   rhung@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, CA 94105
   Telephone: (415) 268-7000
6  Facsimile: (415) 268-7522

7  Attorneys for Plaintiff KYPHON INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KYPHON INC.,

        Plaintiff,

    v.

COZMED, LLC and
PETER K. PARK, an individual,

        Defendant(s).

Case No. C 07 3403

DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Kyphon discloses that it has no parent corporation. Kyphon also discloses that it is a publicly-held company, but that no publicly-held corporation owns 10% or more of its stock. Pursuant to Civil Local Rule 3-16, Kyphon certifies that, as of this date, other than the named parties, there is no such interest to report.

Dated: June 28, 2007

MORRISON & FOERSTER LLP

By: _____
      Richard S.J. Hung
      Attorneys for Plaintiff