**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYPHON INC., | Case No. C07-3403 EMC |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| COZMED, LLC, et al., | |
| Defendants. _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the **Case Management Conference** set for October 10, 2007 at 1:30 p.m. is reset for **November 14, 2007 at 1:30 p.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. A Joint Status Conference Statement shall be filed by November 7, 2007.

Dated: September 14, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Betty Fong
Courtroom Deputy