1  MICHAEL A. JACOBS (CA SBN 111664)
   mjacobs@mofo.com
2  GRANT L. KIM (CA SBN 114989)
   gkim@mofo.com
3  RICHARD S.J. HUNG (CA SBN 197425)
   rhung@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, CA  94105
   Telephone: (415) 268-7000
6  Facsimile: (415) 268-7522

7  Attorneys for Plaintiff KYPHON INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYPHON INC., | Case No.   07-3403-EMC |
| Plaintiff, | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| v. | |
| COZMED, LLC and PETER K. PARK, an individual, | |
| Defendant(s). | |

The undersigned party respectfully declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and respectfully requests the reassignment of this case to a United States District Judge.

Dated: June 28, 2007                                    MORRISON & FOERSTER LLP

                                                        By:  _____/S/_____
                                                             Richard S.J. Hung

                                                        For Plaintiff KYPHON INC.

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE & REQUEST FOR REASSIGNMENT
CASE NO. 07-3403-EMC
sf-2392080

1