UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYPHON INC., <br><br> Plaintiff, <br><br> v. <br><br> COZMED, LLC, a limited liability corporation, and <br> PETER K. PARK, an individual, <br><br> Defendant(s). | Case No.   07-3403 JF <br><br> **STIPULATED [PROPOSED] ORDER POSTPONING NOVEMBER 16, 2007 INITIAL CASE MANAGEMENT CONFERENCE** |

Plaintiff Kyphon Inc. and Defendants Cozmed, LLC and Peter K. Park are actively discussing a potential settlement of this action.  Additionally, Cozmed and Mr. Park were served on October 24, 2007 and have not yet retained counsel.

In light of the parties' active settlement discussions and Defendants' desire for additional time to retain counsel, the parties respectfully request that the Court postpone the Initial Case Management Conference currently set for November 16, 2007 by 30 days.

1  Dated: October 25, 2007

2

3  Respectfully submitted by:

4

5  ___/S/_ Richard S. Hung_____          ___/S/_ Peter K. Park_____
   Michael A. Jacobs (CA SBN 111664)           Peter K. Park
   mjacobs@mofo.com                            President & Operating Manager
6  Grant L. Kim (CA SBN 114989)                Cozmed LLC
   gkim@mofo.com                               41909 Albrae Street
7  Richard S.J. Hung (CA SBN 197425)           Fremont, California 94538
   rhung@mofo.com                              Telephone: (408) 315-0797
8  MORRISON & FOERSTER LLP
9  425 Market Street                           For Defendants
   San Francisco, California 94105-2482        PETER K. PARK, *pro se* and
10 Telephone: (415) 268-7000                   COZMED LLC
   Facsimile: (415) 268-7522
11

12 For Plaintiff KYPHON INC.

13

14       PURSUANT TO STIPULATION, IT IS SO ORDERED. The Initial Case Management

15 Conference shall be rescheduled for _____.

16

17       Dated:_____          _____
                                                United States District Judge
18

19

20

21

22

23

24

25

26

27

28

STIPULATED [PROPOSED] ORDER POSTPONING NOV. 16, 2007 INITIAL CASE MANAGEMENT CONFERENCE
C 07-3403-JF
sf-2411475

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I attest that Peter K. Park has authorized me to electronically sign this document on his behalf.

Dated:  October 25, 2007            MORRISON & FOERSTER LLP


By:  _____/S/_____
                Richard S. Hung

STIPULATED [PROPOSED] ORDER POSTPONING NOV. 16, 2007 INITIAL CASE MANAGEMENT CONFERENCE
C 07-3403-JF
sf-2411475

3