**CERTIFICATE OF SERVICE**

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on October 25, 2007, I served a copy of:

**STIPULATED [PROPOSED] ORDER POSTPONING NOVEMBER 16, 2007 INITIAL CASE MANAGEMENT CONFERENCE**

[x] **BY OVERNIGHT DELIVERY [Fed. Rule Civ. Proc. rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with delivery fees provided for, addressed as follows, for collection by UPS, at 425 Market Street, San Francisco, California 94105-2482 in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited in a box or other facility regularly maintained by UPS or delivered to an authorized courier or driver authorized by UPS to receive documents on the same date that it (they) is are placed at Morrison & Foerster LLP for collection.

Peter K. Park
President & Operating Manager
Cozmed LLC
41909 Albrae Street
Fremont, CA 94538

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California, this 25th day of October, 2007.

| Gerri Martinez | /S/ Gerri Martinez |
|:---:|:---:|
| (typed) | (signature) |

Certificate of Service