```
RICHARD S.J. HUNG (SBN 197425)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Attorney for: Plaintiff
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: KYPHON, INC.
Defendant: COZMED, LLC and PETER K. PARK

Ref#: 224510      *  **PROOF OF SERVICE**  *   Case No.: C 07-3403 EMC

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS IN A CIVIL CASE; CIVIL COVER SHEET; COMPLAINT FOR PATENT INFRINGEMENT; WELCOME TO THE U.S. DISTRICT COURT; ECF REGISTRATION INFORMATION HANDOUT; STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE EDWARD M. CHEN; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; DISCLOURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; CLERK'S NOTICE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE; REASSIGNMENT ORDER; CLERK'S NOTICE; FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT, TRADE SECRET MISAPPROPRIATION, TORTIOUS CINTERFERENCE WITH CONTRACTUAL RELATIONS, AND CONVERSION

in the within action by personally delivering true copies thereof to the person named below, as follows:

```
         Party served    :  PETER K. PARK, an individual

         By serving      :  Peter K. Park, Personally

         Address         :  (Business)
                            41909 Albrae Street
                            Fremont, CA 94538

         Date of Service:   October 24, 2007

         Time of Service:   5:35 PM
```

Person who served papers:
KURT W. SEDERMAN                         Fee for service: $20.00
SPECIALIZED LEGAL SERVICES, INC.         Registered California process server.
1112 Bryant Street, Suite 200            (i) Employee or Independent Contractor
San Francisco, CA 94103                  (ii) Registration no.: 641
Telephone: (415) 357-0500                (iii) County: Alameda

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: October 25, 2007                   Signature _____