*e-filed 10/29/07

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KYPHON INC.,

Plaintiff,

v.

COZMED, LLC, a limited liability corporation, and
PETER K. PARK, an individual,

Defendant(s).

Case No. 07-3403 JF

**STIPULATED [PROPOSED] ORDER POSTPONING NOVEMBER 16, 2007 INITIAL CASE MANAGEMENT CONFERENCE**

Plaintiff Kyphon Inc. and Defendants Cozmed, LLC and Peter K. Park are actively discussing a potential settlement of this action. Additionally, Cozmed and Mr. Park were served on October 24, 2007 and have not yet retained counsel.

In light of the parties' active settlement discussions and Defendants' desire for additional time to retain counsel, the parties respectfully request that the Court postpone the Initial Case Management Conference currently set for November 16, 2007 by 30 days.

Dated: October 25, 2007

Respectfully submitted by:

___/S/_Richard S. Hung________ _____
Michael A. Jacobs (CA SBN 111664)
mjacobs@mofo.com
Grant L. Kim (CA SBN 114989)
gkim@mofo.com
Richard S.J. Hung (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

For Plaintiff KYPHON INC.

__/S/_Peter K. Park________ _____
Peter K. Park
President & Operating Manager
Cozmed LLC
41909 Albrae Street
Fremont, California 94538
Telephone: (408) 315-0797

For Defendants
PETER K. PARK, *pro se* and
COZMED LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Initial Case Management Conference shall be rescheduled for 12/21/07 at 10:30 AM.

Dated: 10/29/07

United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I attest that Peter K. Park has authorized me to electronically sign this document on his behalf.

Dated: October 25, 2007 MORRISON & FOERSTER LLP

By: /S/
Richard S. Hung

STIPULATED [PROPOSED] ORDER POSTPONING NOV. 16, 2007 INITIAL CASE MANAGEMENT CONFERENCE
C 07-3403-JF
sf-2411475
3