1  MICHAEL A. JACOBS (CA SBN 111664)
   mjacobs@mofo.com
2  GRANT L. KIM (CA SBN 114989)
   gkim@mofo.com
3  RICHARD S.J. HUNG (CA SBN 197425)
   rhung@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, CA 94105
   Telephone: (415) 268-7000
6  Facsimile: (415) 268-7522

7  Attorneys for Plaintiff KYPHON INC.

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12

13 KYPHON INC.,                              Case No.   07-3403 JF

              Plaintiff,                     **ADR CERTIFICATION FOR
14                                           KYPHON INC.**

15       v.

16 COZMED, LLC, a limited liability corporation,
   and
17 PETER K. PARK, an individual,

              Defendant(s).
18

# ADR CERTIFICATION FOR KYPHON INC.

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Dated: November 30, 2007    FOR KYPHON INC.

By: _____/S/_____
Arthur Hsieh

*Director of Intellectual Property, Kyphon Inc.*

Dated: November 30, 2007    MORRISON & FOERSTER LLP

By: _____/S/_____
Richard S. J. Hung

*Attorneys for Kyphon Inc.*

I attest that Arthur Hsieh has concurred in the signing of this document.

Dated: November 30, 2007    MORRISON & FOERSTER LLP

By: _____/S/_____
Richard S. J. Hung