1 | [SEE SIGNATURE PAGE FOR COUNSEL LISTINGS]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| KYPHON INC., | Case No.   07-3403 JF |
| Plaintiff, | **STIPULATION & [PROPOSED] ORDER SELECTING ADR PROCESS** |
| v. | |
| COZMED, LLC, a limited liability corporation, and<br>PETER K. PARK, an individual, | |
| Defendant(s). | |

STIPULATION & [PROPOSED] ORDER SELECTING ADR PROCESS
CASE NO. 07-3403-JF

sf-2429298

The parties stipulate to the following ADR process:  Mediation.

/s/  Richard S.J. Hung                      /s/  John V. Mejia

Michael A. Jacobs (CA SBN 111664)   John V. Mejia (CA SBN 167806)
mjacobs@mofo.com                    jmejia@iplg.com
Grant Kim  (CA SBN 114989)          Theresa J. Ngai (CA SBN 244733)
gkim@mofo.com                       theresangai@iplg.com
Richard S.J. Hung (CA SBN 197425)   INTELLECTUAL PROPERTY
rhung@mofo.com                      LAW GROUP
MORRISON & FOERSTER LLP             Old Bank of America Building
425 Market Street                   12 South First Street, 12th Floor
San Francisco, CA  94105-2482       San Jose, CA 95113
Telephone:  (415) 268-7000          Telephone:  (408) 286-8933
Facsimile:  (415) 268-7522          Facsimile:  (408) 286-8932

*Attorneys for Plaintiff*            *Attorneys for Defendants*
*Kyphon Inc.*                        *Peter K. Park and Cozmed LLC*

# [PROPOSED] ORDER

The Court hereby refers this case to mediation.

Dated:  _____, 2007

By: _____
Jeremy Fogel
United States District Judge

STIPULATION & [PROPOSED] ORDER SELECTING ADR PROCESS
CASE NO.  07-3403-JF

sf-2429298

I attest that John Mejia has authorized me to electronically sign this document on his behalf.

Dated:  December 3, 2007         MORRISON & FOERSTER LLP


                                  By:  _____/S/_____
                                              Richard S.J. Hung

STIPULATION & [PROPOSED] ORDER SELECTING ADR PROCESS
CASE NO.  07-3403-JF

sf-2429298