| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California 94105-2482. I am not a party to the within cause, and I am over the age of eighteen years. |
| 4 | I further declare that on December 3, 2007, I served a copy of: |
| 5 | **STIPULATION & [PROPOSED] ORDER SELECTING ADR PROCESS** |

[x] **BY U.S. MAIL [Code Civ. Proc sec. 1013(a)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, addressed as follows, for collection and mailing at Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482 in accordance with Morrison & Foerster LLP's ordinary business practices.

I am readily familiar with Morrison & Foerster LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be deposited with the United States Postal Service on the same date that it (they) is (are) placed at Morrison & Foerster LLP with postage thereon fully prepaid for collection and mailing.

John V. Mejia
INTELLECTUAL PROPERTY LAW GROUP
Old Bank of America Building
12 South First St., 12th Fl.
San Jose, CA 95113
Fax: (408) 286-8932
Email: jmejia@iplg.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Francisco, California, this 3rd day of December, 2007.

| Gerri Martinez | /s/ Gerri Martinez |
|---|---|
| (typed) | (signature) |

sf-2431802