**E-filed 12/5/07**

1 | [SEE SIGNATURE PAGE FOR COUNSEL LISTINGS]

2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| KYPHON INC., | Case No.   07-3403 JF |
| Plaintiff, | **STIPULATION & [PROPOSED] ORDER SELECTING ADR PROCESS** |
| v. | |
| COZMED, LLC, a limited liability corporation, and<br>PETER K. PARK, an individual, | |
| Defendant(s). | |

The parties stipulate to the following ADR process:  Mediation.

  /s/  Richard S.J. Hung                              /s/  John V. Mejia

Michael A. Jacobs (CA SBN 111664)
mjacobs@mofo.com
Grant Kim  (CA SBN 114989)
gkim@mofo.com
Richard S.J. Hung (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

*Attorneys for Plaintiff*
*Kyphon Inc.*

John V. Mejia (CA SBN 167806)
jmejia@iplg.com
Theresa J. Ngai (CA SBN 244733)
theresangai@iplg.com
INTELLECTUAL PROPERTY
LAW GROUP
Old Bank of America Building
12 South First Street, 12th Floor
San Jose, CA 95113
Telephone:  (408) 286-8933
Facsimile:  (408) 286-8932

*Attorneys for Defendants*
*Peter K. Park and Cozmed LLC*

## [PROPOSED] ORDER

The Court hereby refers this case to mediation.

Dated:  Dec. 5   , 2007

By: _____
Jeremy Fogel
United States District Judge

I attest that John Mejia has authorized me to electronically sign this document on his behalf.

Dated: December 3, 2007 MORRISON & FOERSTER LLP

By: /S/
Richard S.J. Hung