UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYPHON INC., <br><br> Plaintiff, <br><br> v. <br><br> COZMED, LLC, a limited liability corporation, and <br> PETER K. PARK, an individual, <br><br> Defendant(s). | Case No.   07-3403 JF <br><br> **STIPULATED [PROPOSED] ORDER POSTPONING DECEMBER 21, 2007 INITIAL CASE MANAGEMENT CONFERENCE** |

Plaintiff Kyphon Inc. and Defendants Cozmed, LLC and Peter K. Park continue to actively pursue a settlement of this matter and have exchanged a draft settlement agreement.

In light of the parties' progress towards a settlement that might resolve this litigation, the parties respectfully request that the Court postpone the Initial Case Management Conference currently set for December 21, 2007 by an additional 30 days.

1  Dated: December 12, 2007

2

3  Respectfully submitted by:

4

      /S/ Richard S. Hung                              /S/ John V. Mejia

5  Michael A. Jacobs (CA SBN 111664)      John V. Mejia
   mjacobs@mofo.com                                      jmejia@iplg.com

6  Grant L. Kim (CA SBN 114989)            Theresa J. Ngai
   gkim@mofo.com                                         theresangai@iplg.com

7  Richard S.J. Hung (CA SBN 197425)     INTELLECTUAL PROPERTY LAW
   rhung@mofo.com                                       GROUP

8  MORRISON & FOERSTER LLP             Old Bank of America Building

9  425 Market Street                                      12 South First Street, 12th Floor
   San Francisco, California 94105-2482    San Jose, CA 95113

10 Telephone: (415) 268-7000                Telephone: (408) 286-8933
   Facsimile: (415) 268-7522                Facsimile: (408) 286-8932

11

12 For Plaintiff KYPHON INC.                For Defendants
                                                        PETER K. PARK & COZMED LLC

13

14       PURSUANT TO STIPULATION, IT IS SO ORDERED. The Initial Case Management

15 Conference shall be rescheduled for _____.

16

17     Dated:_____    _____
                                                             United States District Judge

18

19

20

21

22

23

24

25

26

27

28

STIPULATED [PROPOSED] ORDER POSTPONING DEC. 21, 2007 INITIAL CASE MANAGEMENT CONFERENCE
C 07-3403-JF
sf-2436606

2

1  I attest that John V. Mejia has authorized me to electronically sign this document on his
2  behalf.

4  Dated:  December 12, 2007        MORRISON & FOERSTER LLP

6              By:  _____/S/_____
                        Richard S. Hung

STIPULATED [PROPOSED] ORDER POSTPONING DEC. 21, 2007 INITIAL CASE MANAGEMENT CONFERENCE
C 07-3403-JF
sf-2436606

3