**E-filed 12/18/07**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYPHON INC., | Case No.   07-3403 JF |
| Plaintiff, | **STIPULATED [PROPOSED] ORDER POSTPONING DECEMBER 21, 2007 INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| COZMED, LLC, a limited liability corporation, and PETER K. PARK, an individual, | |
| Defendant(s). | |

    Plaintiff Kyphon Inc. and Defendants Cozmed, LLC and Peter K. Park continue to actively pursue a settlement of this matter and have exchanged a draft settlement agreement.

    In light of the parties' progress towards a settlement that might resolve this litigation, the parties respectfully request that the Court postpone the Initial Case Management Conference currently set for December 21, 2007 by an additional 30 days.

1  Dated: December 12, 2007

2

3  Respectfully submitted by:

4

   ___/S/_ Richard S. Hung_____          ___/S/_ John V. Mejia_____
5  Michael A. Jacobs (CA SBN 111664)           John V. Mejia
   mjacobs@mofo.com                            jmejia@iplg.com
6  Grant L. Kim (CA SBN 114989)                Theresa J. Ngai
   gkim@mofo.com                               theresangai@iplg.com
7  Richard S.J. Hung (CA SBN 197425)           INTELLECTUAL PROPERTY LAW
   rhung@mofo.com                              GROUP
8  MORRISON & FOERSTER LLP                     Old Bank of America Building
9  425 Market Street                           12 South First Street, 12th Floor
   San Francisco, California  94105-2482       San Jose, CA 95113
10 Telephone: (415) 268-7000                   Telephone:  (408) 286-8933
   Facsimile: (415) 268-7522                   Facsimile:  (408) 286-8932
11
12 For Plaintiff KYPHON INC.                   For Defendants
                                               PETER K. PARK & COZMED LLC
13

14         PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Initial Case Management

15 Conference shall be rescheduled for ___1/25/08 at 10:30____.

16

17     Dated:__12/18/07_____     _____
                                                  United States District Judge
18                                                Jeremy Fogel

19

20

21

22

23

24

25

26

27

28

STIPULATED [PROPOSED] ORDER POSTPONING DEC. 21, 2007 INITIAL CASE MANAGEMENT CONFERENCE
C 07-3403-JF
sf-2436606

2

1  I attest that John V. Mejia has authorized me to electronically sign this document on his
2  behalf.

4  Dated:  December 12, 2007          MORRISON & FOERSTER LLP

6                                          By:  _____/S/_____
                                               Richard S. Hung

STIPULATED [PROPOSED] ORDER POSTPONING DEC. 21, 2007 INITIAL CASE MANAGEMENT CONFERENCE
C 07-3403-JF
sf-2436606

3