# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYPHON INC., | Case No. 07-3403 JF |
| Plaintiff, | **STIPULATED [PROPOSED] ORDER POSTPONING JANUARY 25, 2007 INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| COZMED, LLC, a limited liability corporation, and PETER K. PARK, an individual, | |
| Defendant(s). | |

Plaintiff Kyphon Inc. and Defendants Cozmed, LLC and Peter K. Park have exchanged a settlement agreement and are attempting to execute it. Cozmed's President, Mr. Park, has been unavailable to sign the agreement, however.

As the parties expect to execute a settlement within the next two weeks, if not sooner, the parties respectfully request that the Court postpone the Initial Case Management Conference currently set for January 25, 2008 by an additional 60 days.

STIPULATED [PROPOSED] ORDER POSTPONING JAN. 25, 2008 INITIAL CASE MANAGEMENT CONFERENCE
C 07-3403-JF
sf-2452747

1

Dated: January 18, 2008

Respectfully submitted by:

| | |
|---|---|
| ___/S/_ Richard S. Hung_____ | ___/S/_ John V. Mejia_____ |
| Michael A. Jacobs (CA SBN 111664) | John V. Mejia |
| mjacobs@mofo.com | jmejia@iplg.com |
| Grant L. Kim (CA SBN 114989) | Theresa J. Ngai |
| gkim@mofo.com | theresangai@iplg.com |
| Richard S.J. Hung (CA SBN 197425) | INTELLECTUAL PROPERTY LAW |
| rhung@mofo.com | GROUP |
| MORRISON & FOERSTER LLP | Old Bank of America Building |
| 425 Market Street | 12 South First Street, 12th Floor |
| San Francisco, California  94105-2482 | San Jose, CA 95113 |
| Telephone: (415) 268-7000 | Telephone:  (408) 286-8933 |
| Facsimile: (415) 268-7522 | Facsimile:  (408) 286-8932 |
| | |
| For Plaintiff KYPHON INC. | For Defendants |
| | PETER K. PARK & COZMED LLC |

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Initial Case Management Conference shall be rescheduled for _____.

Dated:_____   _____
United States District Judge

STIPULATED [PROPOSED] ORDER POSTPONING JAN. 25, 2008 INITIAL CASE MANAGEMENT CONFERENCE
C 07-3403-JF
sf-2452747

2

1  I attest that John V. Mejia has authorized me to electronically sign this document on his
2  behalf.

4  Dated:  January 18, 2008        MORRISON & FOERSTER LLP

6  By:  _____/S/_____
            Richard S. Hung