**E-filed 1/23/08**

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

11

KYPHON INC.,

Case No.     07-3403 JF

12

Plaintiff,

**STIPULATED [~~PROPOSED~~] ORDER POSTPONING JANUARY 25, 2007 INITIAL CASE MANAGEMENT CONFERENCE**

13

v.

14

COZMED, LLC, a limited liability corporation, and

15

PETER K. PARK, an individual,

16

Defendant(s).

17

18

19

    Plaintiff Kyphon Inc. and Defendants Cozmed, LLC and Peter K. Park have exchanged a

20

settlement agreement and are attempting to execute it.  Cozmed's President, Mr. Park, has been

21

unavailable to sign the agreement, however.

22

    As the parties expect to execute a settlement within the next two weeks, if not sooner, the

23

parties respectfully request that the Court postpone the Initial Case Management Conference

24

currently set for January 25, 2008 by an additional 60 days.

25

26

27

28

1

2      Dated:  January 18, 2008

3
       Respectfully submitted by:
4

5
         ___/S/  Richard S. Hung_____          __/S/  John V. Mejia_____
6      Michael A. Jacobs (CA SBN 111664)          John V. Mejia
       mjacobs@mofo.com                           jmejia@iplg.com
7      Grant L. Kim (CA SBN 114989)               Theresa J. Ngai
       gkim@mofo.com                              theresangai@iplg.com
8      Richard S.J. Hung (CA SBN 197425)          INTELLECTUAL PROPERTY LAW
       rhung@mofo.com                             GROUP
9      MORRISON & FOERSTER LLP                     Old Bank of America Building
10     425 Market Street                          12 South First Street, 12th Floor
       San Francisco, California  94105-2482      San Jose, CA 95113
11     Telephone: (415) 268-7000                  Telephone:  (408) 286-8933
       Facsimile: (415) 268-7522                  Facsimile:  (408) 286-8932
12

13     For Plaintiff KYPHON INC.                   For Defendants
                                                   PETER K. PARK & COZMED LLC
14

15          PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Initial Case Management

16     Conference shall be rescheduled for ____3/28/08_____.

17

18          Dated:___1/23/08_____          _____
                                                           United States District Judge
19                                                         Jeremy Fogel

20

21

22

23

24

25

26

27

28

1    I attest that John V. Mejia has authorized me to electronically sign this document on his

2   behalf.

3

4    Dated:  January 18, 2008                MORRISON & FOERSTER LLP

5

6                                  By:  _____/S/_____

7                                            Richard S. Hung

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28