1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYPHON INC., | Case No.   07-3403 JF |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER SUBSTITUTING MEDTRONIC SPINE LLC FOR KYPHON INC. AS PLAINTIFF** |
| v. | |
| COZMED, LLC, a limited liability corporation, and PETER K. PARK, an individual, | |
| Defendant(s). | |

STIPULATION AND [PROPOSED] ORDER SUBSTITUTING MEDTRONIC SPINE LLC FOR KYPHON INC.
C 07-3403-JF
sf-2469209

1

1    On January 18, 2008, Kyphon Inc. was converted to and renamed as Medtronic Spine LLC under the laws of the State of Delaware. Pursuant to Rule 25(c) of the Federal Rules of Civil Procedure, the parties stipulate to the substitution of Medtronic Spine LLC for Kyphon Inc. as plaintiff in this action.

Dated: February 19, 2008

Respectfully submitted by:

| ___/S/ Richard S. Hung___ | ___/S/ John V. Mejia___ |
|---|---|
| Michael A. Jacobs (CA SBN 111664) | John V. Mejia |
| mjacobs@mofo.com | jmejia@iplg.com |
| Grant L. Kim (CA SBN 114989) | Theresa J. Ngai |
| gkim@mofo.com | theresangai@iplg.com |
| Richard S.J. Hung (CA SBN 197425) | INTELLECTUAL PROPERTY LAW GROUP |
| rhung@mofo.com |  |
| MORRISON & FOERSTER LLP | Old Bank of America Building |
| 425 Market Street | 12 South First Street, 12th Floor |
| San Francisco, California 94105-2482 | San Jose, CA 95113 |
| Telephone: (415) 268-7000 | Telephone: (408) 286-8933 |
| Facsimile: (415) 268-7522 | Facsimile: (408) 286-8932 |
| For Plaintiff KYPHON INC. and MEDTRONIC SPINE LLC | For Defendants PETER K. PARK & COZMED LLC |

PURSUANT TO STIPULATION, IT IS SO ORDERED. Medtronic Spine LLC is substituted in for Kyphon Inc. as the plaintiff in this action. The caption shall be revised accordingly.

Dated:_____    _____
                                                                     United States District Judge

1  I attest that John V. Mejia has authorized me to electronically sign this document on his
2  behalf.

4  Dated: February 19, 2008         MORRISON & FOERSTER LLP

6                                  By:  _____/S/_____
7                                         Richard S. Hung