**E-filed 2/22/08**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYPHON INC.,<br><br>                     Plaintiff,<br><br>           v.<br><br>COZMED, LLC, a limited liability corporation, and<br>PETER K. PARK, an individual,<br><br>                     Defendant(s). | Case No.   07-3403 JF<br><br>**STIPULATION AND [PROPOSED] ORDER SUBSTITUTING MEDTRONIC SPINE LLC FOR KYPHON INC. AS PLAINTIFF** |

1  On January 18, 2008, Kyphon Inc. was converted to and renamed as Medtronic Spine
2  LLC under the laws of the State of Delaware. Pursuant to Rule 25(c) of the Federal Rules of
3  Civil Procedure, the parties stipulate to the substitution of Medtronic Spine LLC for Kyphon Inc.
4  as plaintiff in this action.

6  Dated: February 19, 2008

8  Respectfully submitted by:

| /S/ Richard S. Hung | /S/ John V. Mejia |
|---|---|
| Michael A. Jacobs (CA SBN 111664) | John V. Mejia |
| mjacobs@mofo.com | jmejia@iplg.com |
| Grant L. Kim (CA SBN 114989) | Theresa J. Ngai |
| gkim@mofo.com | theresangai@iplg.com |
| Richard S.J. Hung (CA SBN 197425) | INTELLECTUAL PROPERTY LAW |
| rhung@mofo.com | GROUP |
| MORRISON & FOERSTER LLP | Old Bank of America Building |
| 425 Market Street | 12 South First Street, 12th Floor |
| San Francisco, California 94105-2482 | San Jose, CA 95113 |
| Telephone: (415) 268-7000 | Telephone: (408) 286-8933 |
| Facsimile: (415) 268-7522 | Facsimile: (408) 286-8932 |
| For Plaintiff KYPHON INC. and | For Defendants |
| MEDTRONIC SPINE LLC | PETER K. PARK & COZMED LLC |

PURSUANT TO STIPULATION, IT IS SO ORDERED. Medtronic Spine LLC is substituted in for Kyphon Inc. as the plaintiff in this action. The caption shall be revised accordingly.

Dated: 2/22/08    _____
United States District Judge
Jeremy Fogel

STIPULATION AND [PROPOSED] ORDER SUBSTITUTING MEDTRONIC SPINE LLC FOR KYPHON INC.
C 07-3403-JF
sf-2469209

2

1  I attest that John V. Mejia has authorized me to electronically sign this document on his
2  behalf.

4  Dated: February 19, 2008                MORRISON & FOERSTER LLP

6                          By:              /S/
7                                       Richard S. Hung